

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-46,766-07

**EX PARTE ROBERT LEE COOPER JR. , Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W99-23389-L(F)
### IN THE CRIMINAL DISTRICT COURT NO. 5
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated sexual assault of a child and sentenced to imprisonment for life.

The writ application was filed in the trial court on September 20, 2016. No order designating issues appears in the record, but agreed findings recommending relief on one of two grounds were signed on September 23, 2016. The habeas record has been properly forwarded to this Court by the district clerk. However, the record has been forwarded without the trial court having resolved all

the issues in this case. We remand this application to the Criminal District Court Number 5 of Dallas County to allow the trial judge to complete an evidentiary investigation and enter additional findings of fact and conclusions of law as necessary.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: November 2, 2016
Do not publish